IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:05CR354-1 |
| ) | |
| GERARDO ALVARADO ALVARADO, ) | |
| ) | |
| Defendant . ) | |

ORDER

On January 3, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a *de novo* review and the Magistrate Judge's Recommendation is hereby adopted.

IT IS THEREFORE ORDERED that Defendant's Motion [Doc. #535] for a reduction of his sentence is DENIED and this action is DISMISSED.

This the 14th of February, 2013

    /s/  N. Carlton Tilley, Jr.
Senior United States District Judge